```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  ANDREW F. DAWSON (CABN 264421)
    Assistant United States Attorney
 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-7019
        FAX: (415) 436-7234
 7      Andrew.Dawson@usdoj.gov

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 17-47 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| ANTHONY RENE COLON, JR. and SAMUEL ALBERTO ZUNIGA, | |
| Defendants. | |

On February 28, 2017, the parties appeared before this Court for a status conference. The court set a further status conference at 2:00pm on March 21, 2017. As discussed on the record, the Government has produced discovery to the defense and the parties agree that an exclusion of time is appropriate for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: March 2, 2017                    ／s／_____
                                        ANDREW F. DAWSON
                                        Assistant United States Attorney


DATED: March 2, 2017                    ／s／_____
                                        GILBERT EISENBERG
                                        Counsel for Defendant Colon


STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-47 WHA

1  DATED: March 2, 2017               /s/
2                                     SHILPI AGARWAL
                                      Counsel for Defendant Zuniga

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
CR 17-47 WHA


[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and for the reasons stated on the record, the Court finds that the exclusion of the period from February 28, 2017 to March 21, 2017 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: March 2, 2017.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
CR 17-47 WHA